# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ADA RODRIGUEZ,

        Plaintiff,

-vs-                                    Case No. 6:07-cv-1966-Orl-28DAB

SCHWARTZ AND PROMES, PLC, DR.
BARBARA SCHWARTZ, ZAHRA
PROMES,

        Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 27) filed July 2, 2008. The United States Magistrate Judge has submitted an amended report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and review of the Joint Limited Objection to the Report and Recommendation (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Amended Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Amended Report and Recommendation[1] filed July 7, 2008 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement is **GRANTED**.

---

[1] The Amended Report and Recommendation [32] vacated the Report and Recommendation at docket entry 30.

3. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" over the Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11__ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party